FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0496

_____

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,

                                                                O R D E R

An Attorney at Law,

        Respondent.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, March 28, 2025, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Respondent, and thirty (30) minutes for Office of Disciplinary Counsel.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to Shelly Smith, Office Administrator for the Commission on Practice.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025